RECEIPT # 2839
AMOUNT $ 150.00
SUMMONS ISS. Y-1
LOCAL RULE 4.1
WAIVER OF SERV.
MCF ISSUED
AO 120 OR 121
BY DPTY CLK  MS
DATE  1/30/01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VENTANA MEDICAL SYSTEMS, INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO.<br><br>**01-10178 REK** |

COMPLAINT AND JURY DEMAND

Now comes plaintiff CytoLogix Corporation and for its Complaint alleges as follows:

The Parties

1.   Plaintiff CytoLogix Corporation ("CytoLogix") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business in Cambridge, Massachusetts.

2.   Defendant Ventana Medical Systems, Inc. ("Ventana") is a corporation organized and existing under the laws of the State of Delaware with a principal place of business in Tucson, Arizona.  Pursuant to the provisions of Mass. Gen. Laws. c. 223A §3, Ventana is subject to personal jurisdiction in this District.




Jurisdiction and Venue

3. Jurisdiction of this Court is founded upon 28 U.S.C. § 1338(a), as this action arises under the patent laws of the United States; upon 28 U.S.C. § 1331, as this action arises under the laws of the United States; and upon 28 U.S.C. §1332 in that the parties are citizens of different states and the matter in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

4. Plaintiff is informed and believes, and therefore avers, that there is venue pursuant to 28 U.S.C. § 1391, as defendant "resides" in this judicial district within the meaning of 28 U.S.C. §1391(c).

Count I - Infringement of '061 Patent

5. CytoLogix incorporates and repeats the allegations of paragraphs 1 through 4, inclusive, as if set forth in full herein.

6. United States Letters Patent No. 6,180,061, entitled "Moving Platform Slide Stainer With Heating Elements" ("'061 patent"), was duly and legally issued by the United States Patent and Trademark Office on January 30, 2001, on an application filed by Steven A. Bogen and Herbert H. Loeffler and assigned to plaintiff CytoLogix.

7. The '061 patent is for a device that automates certain staining procedures performed by pathology laboratories in hospitals and elsewhere.

8. CytoLogix markets automated staining devices, which practice the invention of the '061 patent.

9. CytoLogix is informed and believes, and therefore avers, that Ventana has manufactured, used, sold, and/or offered for sale in the United States, and continues to manufacture, use, sell, and/or offer for sale in the United States, automated staining devices that infringe the '061 patent, including, but not limited to, the Benchmark and the Discovery Instruments. The infringing devices incorporate CytoLogix' patented slide heating technology.

10. CytoLogix is informed and believes, and therefore avers, that Ventana will continue infringing the '061 patent unless enjoined therefrom by this Court.

11. CytoLogix is informed and believes, and therefore avers, that Ventana "developed" its automated staining devices, including, but not limited to, the Benchmark and the Discovery Instruments, by copying technology disclosed in one or more confidential Business Plans which it misappropriated from Cytologix.

12. CytoLogix is informed and believes, and therefore avers, that Ventana knew, or had reason to know, that CytoLogix

intended to seek patent protection for the technology disclosed in said confidential Business Plan or Plans and copied by Ventana.

13. Cytologix is informed and believes, and therefore avers, that Ventana's infringement is, and will continue to be, willful, wanton and deliberate.

14. As a result of the foregoing action of Ventana, CytoLogix has and will suffer actual damage and loss in its trade and business, said damage and loss are ongoing and continuing, and CytoLogix is suffering, and will continue to suffer, permanent and irreparable injury and has no plain and adequate remedy at law.

15. Wherefore, CytoLogix is entitled to recover its damages, including enhanced damages, pursuant to 35 U.S.C. § 284, and its attorney's fees, pursuant to 35 U.S.C. § 285, and to an injunction restraining Ventana from any further infringement of the '061 patent.

WHEREFORE, plaintiff prays that this Court:

1. enter a permanent injunction restraining defendant and its agents, servants, employees, attorneys, successors, assigns and consignees, and all those acting under their authority or in privity with them from making, using, selling or

   offering for sale any product that infringes United States Letters Patent No. 6,180,061;

2. award plaintiff its damages, plus interest and costs;

3. award plaintiff treble damages, pursuant to 35 U.S.C. § 284;

4. award plaintiff attorney's fees, pursuant to 35 U.S.C. § 285; and

5. grant plaintiff such other and further relief as this Court deems just and proper.

<u>JURY DEMAND</u>

PLAINTIFF CLAIMS TRIAL BY JURY

By its attorneys,

*[signature]*

Jack R. Pirozzolo, BBO # 400400
Judith S. Ziss,   BBO # 544937
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470

50016

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
CytoLogix Corporation

## DEFENDANTS
Ventana Medical Systems, Inc.

01-10178 REK

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jack R. Pirozzolo
Willcox, Pirozzolo & McCarthy, P.C.
50 Federal Street
Boston, MA 02110
617-482-5470

ATTORNEYS (IF KNOWN)
Brian L. Michaelis
Brown, Rudnick, Freed & Gesmer, P.C.
One Financial Center
Boston, MA 02111

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Patent infringement in violation of 35 U.S.C. 271

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury — Med Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 510 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence — Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE Keeton
DOCKET NUMBER 00CV12231REK

DATE 1/30/01

SIGNATURE OF ATTORNEY OF RECORD /s/ Jack R. Pirozzolo

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)

   CytoLogix Corporation v. Ventana Medical Systems, Inc.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.  160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_ II. 195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
           740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   ___ V. 150, 152, 153.

   01-10178 REK

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

   CytoLogix Corporation v. Ventana Medical Systems, Inc.
                        (Civil Action No. 00cv12231REK)

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   No

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   No
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403) _____

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?   No

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES___ No___ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)). YES___ No___

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES___ No___ (a) .. IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?___

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE?  Eastern

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION  N/A  OR WESTERN SECTION  N/A

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Jack R. Pirozzolo, Willcox, Pirozzolo & McCarthy
ADDRESS           50 Federal Street, Boston, MA 02110
TELEPHONE NO.     617-482-5470

(Category.frm - 09/92)